**Order entered February 1, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01177-CR
### No. 05-17-01178-CR

**RAYMON STEFFANI LAWRENCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-20873-U, F17-00600-U**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the July 3, 2018 motion of Lawrence C. Mitchell for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Lawrence C. Mitchell as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Raymon Steffani Lawrence, TDCJ No. 02164511, Clemens Unit, 11034 Highway 36, Brazoria, Texas, 77442.

/s/     DAVID L. BRIDGES
       JUSTICE